**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Thweatt, ) | |
| Plaintiff, ) | No. CV-05-1869-PHX-PGR |
| vs. ) | |
| Koglmeier, Dobbins & Smith, P.L.C., ) et al., ) | ORDER |
| Defendants. ) | |

The defendants having filed a Motion for Reconsideration of Order Allowing Withdrawal of Acceptance of Offer of Judgment (doc. #30), and it appearing to the Court from the docket sheet that the parties' counsel and the previously assigned Judge discussed matters related to the motion in two hearings,

IT IS ORDERED that the defendants shall file as soon as possible, as an addendum to their Motion for Reconsideration of Order Allowing Withdrawal of Acceptance of Offer of Judgment, a transcript of the hearing held on April 3, 2006 and a transcript of the hearing held on April 17, 2006.[1]

DATED this 22nd day of May, 2006.

Paul G. Rosenblatt
United States District Judge

---

[1] The parties are advised that the Court will determine after reviewing the hearing transcripts whether it will permit the plaintiff to file a response to the motion for reconsideration. *See* LRCiv 7.2(g).