**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Thweatt,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Koglmeier, Dobbins & Smith, PLC, et al.,<br><br>　　　　　Defendants. | No. CV-05-1869-PHX-PGR<br><br>ORDER |

　　　The Court having determined that a full briefing of the defendants' Motion for Reconsideration of Order Allowing Withdrawal of Acceptance of Offer of Judgment (doc. #30) is warranted and that the motion needs to be resolved prior to the holding of the supplemental Scheduling Conference,

　　　IT IS ORDERED that the plaintiff shall file his response to the defendants' Motion for Reconsideration of Order Allowing Withdrawal of Acceptance of Offer of Judgment (doc. #30) no later than **June 28, 2006**, and that the defendants shall file their reply no later than **July 7, 2006.**

　　　IT IS FURTHER ORDERED that the supplemental Scheduling Conference set for June 26, 2006 is vacated, to be reset if necessary after the Court resolves

/ / /

1  the motion for reconsideration.

2  IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to Appear
3  Telephonically (doc. #40) is denied.

4  DATED this 14th day of June, 2006.

5
6
7  Paul G. Rosenblatt
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26